# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELIAS COSTIANES,<br><br>                 Defendant. | Case No.: 1:21-cr-00180-RJL-1<br><br>**NOTICE TO THE COURT** |

      COMES NOW, Elias Costianes, through counsel to advise the court that he will be moving his permanent residence to XXXX University Avenue, Morgantown, West Virginia.[1]

Dated: September 20, 2021

 

                                                Joseph R. Conte
                                                Counsel for Elias Costianes
                                                Law Office of J.R. Conte
                                                400 Seventh St., N.W., #206
                                                Washington, D.C. 20004
                                                Phone:     202.638.4100
                                                Fax:        202.628.0249
                                                Email:   dcgunlaw@gmail.com

---

[1] Complete address has been furnished to the Pretrial Services Agency and counsel for the United States.

| | |
|---|---|
| *United States v. Elias Costianes*<br>Case No. 1:21-cr-00180-RJL-1<br>Notice to the Court<br><br>NOTICE TO COURT21/09/20 10:37:22 | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone: 202.638.4100<br>Email: dcgunlaw@gmail.com |