# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELIAS COSTIANES,<br><br>     Defendant. | Case No.: 1:21-cr-00180-RJL-1<br><br>**DEFENDANT'S REPLY TO GOVERNMEN'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS** |

  COMES NOW, Elias Costianes, through counsel, hereby submits this reply to the government's opposition to the defendant's motion to suppress statements.

  On February 12, 2021, the FBI violently entered the defendant's home, tossing flash bang grenades, breaking the back gate and the rear door.  Officers were armed with automatic weapons and were wearing tactical clothing.  Following the violent entry, and while still in shock from the entry, the defendant and his sister were handcuffed, forced to watch as the FBI rummaged through their personal belongings and the defendant was questioned by the officers.  Notwithstanding the fact that the defendant refused to sign the FBI's Form FD-395 "Advice of Rights" the FBI elicited statements from him for 35 minutes and coerced him to surrender his password to his mobile phone.  After completing the search the defendant was transported to the FBI Washington D.C. Field Office.  Whilst being transported the FBI elicited further statements from the defendant.

# ARGUMENT

### I. Miranda.

As the government concedes in their response the "Advice of Rights" form was never signed by the defendant. A defendant who has been fully advised of his *Miranda* rights and was willing to answer questions would sign the "Advice of Rights" form without hesitation. The mere fact that the defendant refused to sign the form is a clear indication that the defendant was not read his full *Miranda* rights or did not understand them.

### II. Voluntariness

The government has the burden of proving by a preponderance of the evidence that the defendant's confession or statement is voluntary. See *Lego v. Twomey*, 404 U.S. 477, 484 (1972); *United States v. Wiggins*, 166 U.S. App. D.C. 121, 128, 509 F.2d 454, 461 (1975); *Hawkins v. United States*. Clearly the defendant's refusal to sign the "Advice of Rights" form indicates his unwillingness to cooperate with law enforcement and that any statements by the defendant were not voluntary.

WHEREFORE counsel respectfully requests that his motion to suppress his statements be granted.

*United States v. Elias Costianes*
Case No. 1:21-cr-00180-RJL-1
Defendant's Reply to Government's Opposition to Motion to Suppress Statements
Page 2

STATEMENT SUPPRESS REPLY21/12/07 07:56:50

Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Email: dcgunlaw@gmail.com

Dated: December 7, 2021

                                                                       _____

Joseph R. Conte
Counsel for Elias Costianes
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax: 202.628.0249
Email: dcgunlaw@gmail.com

*United States v. Elias Costianes*
Case No. 1:21-cr-00180-RJL-1
Defendant's Reply to Government's Opposition to
Motion to Suppress Statements
Page 3

STATEMENT SUPPRESS REPLY21/12/07 07:56:50

Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Email: dcgunlaw@gmail.com