# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00180-RJL-1 |
| v. | **MOTION FOR LEAVE TO FILE OUT OF TIME** |
| ELIAS COSTIANES, | |
| Defendant. | |

COMES NOW, Joseph R. Conte, counsel for Elias Costianes, to respectfully request leave of this honorable court to file, out of time the defendant's <u>Amended Motion to Suppress Statements</u>.  As grounds for this motion counsel would state.

    1. Suppression motions were due on October 14, 2021.

    2. Counsel filed the defendant's motion to suppress statements on October 14, 2021.

    3. Subsequent to filing the defendant's motion to suppress statements counsel discovered a third custodial statement by the defendant in the discovery provided by the government in the defendant's pending case in the District of Maryland.  Case Number 1:21-cr-00458-JKB-1.

    4. That statement references the instant case.

WHEREFORE counsel respectfully request that this motion be granted.

Respectfully submitted,

_____
Joseph R. Conte
Counsel for Elias Costianes
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:	202.638.4100
Email:  dcgunlaw@gmail.com