# JOSEPH R. CONTE
### LAW OFFICE OF J.R. CONTE
### 400 SEVENTH ST., N.W. #206
### WASHINGTON, D.C. 20004-2240

**Joseph R. Conte**  *telephone* 202.638.4100
*Member District of Columbia Bar*  *fax* 202.628.0249
*Member Virginia Bar*  *email* dcgunlaw@gmail.com

<u>Of Counsel</u>
**Robert E. Sanders**

February 8, 2022

<u>**VIA USCOURTS CM/ECF SYSTEM**</u>

Mr. John W. Borchert, Esquire
Assistant U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530

    Re: Specific Brady Request
       *United States v. Elias Costianes*
       Case No. 1:21-cr-00180-RJL-1

Dear Mr. Borchert

  It has come to my attention that at least 2 (two) reporters and a videographer were inside the Capitol filming during the January 6, 2022, protest having entered with the protestors. Mr. Luke Mogelson with the New Yorker magazine and Ms. Laura Geisswiler and a videographer with *Keep in News Agency* a U.S. based French-language freelance service who were working for a French media company named *Bangumi*. None of these people have been charged with illegally entering the Capitol.

  Mr. Costianes was likewise at the Capitol on January 6, 2021, filming for his own YouTube[1] Channel which has nearly 10,000 subscribers.[2] Because Mr. Costianes appears to be treated differently than others similarly situated I am contemplating filing a motion to dismiss based on selective prosecution. Therefore, in accordance with *Brady v. Maryland*[3] I am making a specific request for the names of any other news correspondents, reporters, videographers or similar known

---

[1] YouTube is an American online video sharing and social media platform.
[2] YouTube contributors who have over 1,000 subscribers are considered "Influencers."
[3] 373 U.S. 83 (1963)

DISCOVERY 22/02/08 12:35:15

Mr. John W. Borchert
February 8, 2022
Page -2-

to the U.S. Government who were present inside the Capitol on January 6, 2021, and who entered with the protesters and were not prosecuted.

        Thank you in advance for your attention to this matter. I look forward to your response. Until then I remain

Sincerely,

_____
Joseph R. Conte

Enclosure (none)

JRC/jc