## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-180-RJL |
| v. : | |
| : | |
| ELIAS COSTIANES, : | |
| : | |
| Defendant. : | |

## REQUEST TO WITHDRAW

The undersigned Assistant United States Attorney, John W. Borchert, seeks to withdraw from the above-captioned case. Going forward, the United States will be represented by Special Assistant United States Attorney Christopher Cook who has already entered an appearance in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _____
JOHN W. BORCHERT
Assistant United States Attorney
D.C. Bar No. 472824
555 Fourth Street, N.W., Room 5830
Washington, D.C. 20530
John.Borchert@usdoj.gov
(202) 252-7679

April 29, 2022

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2022, I served a copy of the foregoing on counsel for the defendant via the Court's ECF system.

_____
JOHN W. BORCHERT
Assistant United States Attorney