UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ELIAS N. COSTIANES, ) <br> ) <br> Defendant. ) <br> ) | No.   21-CR-180 (RJL) |

# JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, jointly with counsel for the defendant, hereby files this motion to adjourn the status conference, currently set for August 16, 2022, in the above-captioned matter, for approximately 14 days, until Monday, August 29, 2022. Government counsel will be in trial for another matter on August 16, 2022. The parties also request this additional time to confer with each other, and to discuss a potential resolution to this case without the need for a trial.

Accordingly, the parties also request that the Court exclude the time until the status conference on August 29, 2022, pursuant to 18 U.S.C. § 3161 et seq., on the basis that the ends

1

of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES,
UNITED STATES ATTORNEY
D.C. Bar Number 481052


*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Kansas Bar No. 23860
Assistant U.S. Attorney - Capitol Riot Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Office Tel.:  (412) 327-3487


*/s/ Joseph R. Conte*
JOSEPH R. CONTE
Counsel for the Defendant
LAW OFFICES OF J.R. CONTE
400 Seventh Street, N.W., Suite 206
Washington, D.C. 22039
Office Tel.:  (202) 236-1147