## SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-21-cr-180 (RJL) |
| | : | |
| ELIAS COSTIANES | : | |
| | : | |
| _____ | : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The parties hereby move this Court to continue the scheduled status hearing in the above-captioned proceeding, and further to exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161. In support of this motion, the parties state as follows:

1. Mr Costianes is before the Court charged by Indictment with one count each of; Obstruction of Congress and Aiding and Abetting in violation of 18 U.S.C. §1512(c)(2), 2; Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752 (a)(2); Entering and Remaining in the Gallery of Congress in violation of 40 U.S.C. §5104(e)(2)(B);  Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. §5104(e)(2)(D), and Demonstrating or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G). A status hearing is currently set for Tuesday 20th December, 2022.

2. The parties are engaged in discussions relating to discovery issues and potential disposition options. These discussions are ongoing and the parties expect to come to a resolution shortly such that we can inform the Court, however this process will not be complete by the currently set status date.

3. The parties have discussed a new hearing date. We expect to be in a position to present to the Court the direction of this case within a 30-45 day time frame. The date the parties agreed upon is 26th January 2023. We request the Court set the new status hearing on this date.

4. Mr Costianes agrees that the time limits mandated by 18 U.S.C. § 3161 are tolled for the period between the current status hearing and the date agreed upon for the next hearing.

5. The government has consents to this request.

WHEREFORE, for the above reasons, the parties respectfully request that this Court grant this Consent Motion to Continue Status Hearing in the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Elias Costianes

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Continue Status Hearing and to Exclude Time Under the Speedy Time Act is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 19th day of December, 2022.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper

PeterCooperLaw