UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Case No. 21-CR-180 (RJL)
                                  :
ELIAS COSTIANES,                  :
                                  :
        Defendant.                :

## ORDER

Pursuant to the motion filed by the United States, ECF 92, it is hereby ordered that the Motion to Dismiss the criminal Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE RICHARD J. LEON
United States District Court Judge